**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| PATRICK BERNARD SMITH, | § § § § | |
| Plaintiff, | § § § | |
| *versus* | § § | CIVIL ACTION NO. 1:23-CV-471 |
| TERRIE HOPKINS, *et al.*, | § § § | |
| Defendants. | § § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Patrick Bernard Smith, an inmate confined at the Stiles Unit in Beaumont, Texas, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing plaintiff's complaint as frivolous and for failing to state a claim.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation (#65). This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff's objections did not comply with eight-page limit in the magistrate judge's order granting an extension of time (#60). Accordingly, only the first eight pages of the objections have been considered in this *de novo* review, as plaintiff was notified in the magistrate judge's order.[1] Plaintiff argues that his stimulus checks were taken from his outgoing mail intentionally in violation of his due process rights. (#65 at 7). Plaintiff claims the employee was arrested on

---

[1] Additionally, plaintiff's objections to the magistrate judge's order (#64) are overruled. Further, plaintiff's current motion to exceed the page limit (#63) is denied because plaintiff has failed to show good cause for exceeding the page limit.

the job for taking stimulus checks and fraudulently signing the checks to receive the funds. In Texas, "[a]n inmate's allegation that his personal property was lost, confiscated, or damaged does not state a claim under 42 U.S.C. § 1983, even when prison officials acted intentionally." *Stauffer v. Gearhart*, 741 F.3d 574, 583 (5th Cir. 2014); *see also Murphy v. Collins*, 26 F.3d 541, 543-44 (5th Cir. 1994) (holding that, in Texas, the tort of conversion is an adequate post-deprivation remedy). Plaintiff's remedy is in state court, not federal court. *Id.* After careful consideration, the court concludes plaintiff's objections are without merit.

## O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 31st day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE